IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDY ALVARADO CONTRERAS, SERGIO ESCOBAR GONZALEZ, and DENNIS NJERA BARILLAS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUCE LIVINGSTON, an individual; LIVINGSTON ENTERPRISES INC., a Nebraska corporation; WORLDWIDE FARMERS EXCHANGE, a California nonprofit corporation; ASHLEY MEDULAN, an individual; and MARIA LOS ANGELES CIFUENTES MORAN, an individual;<br><br>Defendants. | 4:24CV3155<br><br>ORDER |

    This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

    The operative complaint was filed on November 25, 2024. Filing No. 15. The Court granted Plaintiffs' Motion for Alternative Service on Defendant Maria Los Angeles Cifuentes Moran on June 26, 2025. Filing No. 70. Plaintiffs subsequently filed a status report purporting to effect service on Cifuentes Moran on July 21, 2025. Filing No. 78. Cifuentes Moran has not filed an answer or other responsive pleading. Plaintiffs have a duty to prosecute their claims against Cifuentes Moran and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until **October 24, 2025** to show cause why their claims against Cifuentes Moran should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of Plaintiffs' claims against Cifuentes Moran without further notice.

Dated this 24th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge